January 04, 2024

Love Brooks

405 Autumn Lake Court

McDonough, GA 30253

Dear Honorable Pamela K. Chen:

I hope this message finds you in a well place. After being granted the freedom to restart my life on supervised release and transiting back to society as a stable individual, I am formally requesting an early termination of my supervised release. I want to express my sincere gratitude for the opportunity you granted me. Without my release, I would have never achieved the milestones I have and returning to society as a tax paying citizen would not had been possible if you hadn't granted my release. I have truly learned to embrace life struggles and hurdles with coming up with effective solutions because I never want to find myself in the criminal justice system again.

During my release, most importantly, I was able to build a meaningful bond and reconnect with my father. Sadly, he passed away in October of 2022. While, I wish I had more time with him, hearing him express his pride of my accomplishments in person is a feeling I can truly never describe and again, I only have you to thank for that. I know my case was not an easy case to look at and make the decision you made. I think and thank you often than you would ever know for seeing more in me than at one point I saw in myself.

I have been extremely successful on Supervised released, without any issues or incidents. I have consistently maintained employment as a Security Protection Specialist/Guard, working steadily in the same position. When possible, I take on extra security assignments and contracts which allows me to save money and pay for the things I enjoy doing in my free time. After researching and identifying a promising market for such a venture, I have ambitious plans to take several automobile service trainings and launch a mobile car repair service. I would offer oil changing service, diagnostic diagnosing and other minor services like fuse, light bulb and air filter installs. In addition to that, I have appeared on a few podcasts speaking about my life experience mainly forcing on outlining a successful transition back to life as a felon. I'm currently promoting my first novel Darksoul, which you had the opportunity to read, and diligently working on the sequel. My aspiration is to one day turn them both into a movie.

The transition back to free society has been a feeling I can't always describe. I'm accomplishing things, I only dreamed of doing. I have successfully obtained my driver's license, purchased reliable vehicle for transportation, and established stable housing. Notably, my credit score stands at 736, allowing me to one day purchase a home in 2024, depending upon the housing market.

My family connection has grown stronger since my return, and their support has been invaluable. I am committed to continuing to live a positive life. I have learned to deal with setbacks and obstacles by strategizing and making logical plans to overcome them. I surround myself with positive, hardworking people who hold me accountable for my actions or lack of. I thrive off of setting goals and working hard to achieve them. I keep myself in places to move forward and not look back. I am extremely remorseful and acknowledge my past crimes with no desire to return to that lifestyle, as I have severed all connections to it. I could not imagine having the opportunities that I have today.

Residing in Georgia has been a total change for my life. On a deeper personal level, I am currently in a fulfilling relationship for a little over a year long. I work hard on establishing balance and consistency in my life with her as well. We make time and effort to date once a week, engaging in activities such as axe throwing, bowling, movies, skating, and go-karting, drive-in movies, mini-golf, haunted houses, amusement parks, and a diverse selection of restaurants, showcasing my love for good food. I live to expand my experiences to do new things and recently found out through a private date night that I can paint on a canvas. I found someone who has understood my past, met me where I was and understood and never complained about my small obstacles like my supervised released. She encourages my growth and development to move forward with my business plans and holds me accountable. She supports me speaking and living my truth, which has expanded on my passion for writing leading me to the studio to record my words as lyrics. Her family, my extended family also encourages and support my goals. I have people who genuine care about me, and I care about them. We always speak about traveling the world, even though she never says it, I see the look of maybe one day. One of my major plans is to be able to explore different parts of the country, enjoying a much-needed vacation with her while visiting as many good food places as possible along the way.

I am embracing my second chance at life as a blessing, signifying my appreciation for not taking anything for granted. Life with my dad has shown me, you should never waste time. I don't want to put any more time in-between me and my son, thinking will have an opportunity to one day do it. I have missed out on so much of his life being a "Dad" from behind those bars due to the actions of myself. I also want to be able to travel and visit him as circumstances see fit. I want to show up in ways for him that I haven't in the past due to my own selfish actions. I know I can't just jump back in his life and expect him to allow me to be there when I haven't, but that won't deter me from trying. I owe it to him.

My sole focus is on moving forward as a productive and hardworking citizen with the most important people in my life. I truly appreciate your time and for allowing me to express my commitment to being a positive and law-abiding life. Thank you for even considering my request, and no matter the outcome I will continue to show you how much I appreciate the opportunity I was given in the past. I will continue to live by building solid relationships, stay true to myself and doing each and everything the right way! The legal way. I have no time to waste. Again, I appreciate you for your time and attention to this matter.

Sincerely,


Love Brooks

405 Autumn Lake Court

McDonough, GA 30253

(470) 812-0030

Love Brooks
105 Autumn Lake Ct.
McDonough, Ga. 30253

ATLANTA METRO 301
5 JAN 2024 PM 11 L

Pro Se Office (Honorable Pamela K. Chen)
225 Cadman Plaza East
Brooklyn, NY. 11201

USMS

11201-183299